UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

_____

DAWN SAUCIDA and JOHNNY
SAUCIDA, individually and on behalf
of all similarly situated individuals,

                Plaintiffs

v.        Civil Action No.: 1:05cv00669-KD-M
                        (In the Southern
                        District of Alabama)

SWAFFORD & HAYS SETTLEMENT
SERVICES, INC.,

                Defendant.
_____

DAWN SAUCIDA and JOHNNY
SAUCIDA, individually and on behalf
of all similarly situated individuals,

                Movants

v.        Misc. Action No.: 06-3336

TICOR TITLE INSURANCE
COMPANY OF FLORIDA.

                Respondent.
_____

### MOTION TO DISMISS COMPEL COMPLIANCE WITH SUBPOENA

     Movants, Dawn Saucida and Johnny Saucida, "Movants", by and through their undersigned counsel, respectfully withdraw their motion to the

Court for entry of an order compelling Ticor Title Insurance Company of Florida ("Respondent") to produce documents in compliance with a subpoena *duces tecum* served upon it. And as ground for such show the following:

1. Respondent has complied with the subpoena.
2. The Motion to Compel is moot.

Respectfully submitted this the 18th day of September, 2006

    **/s/ Earl P. Underwood, Jr.**
Earl P. Underwood, Jr.
Law Offices of Earl P. Underwood, Jr.
Post Office Box 969
21 South Section Street
Fairhope, AL 36533-0969
251-990-5558
251-990-0626 (fax)
epunderwood@alalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy hereof has been personally hand-delivered or mailed, properly addressed, first class postage prepaid, to counsel of all parties or parties pro se to the addresses shown below, on this the 18th day of September, 2006.

Ticor Title Insurance Company of Florida
c/o The Corporation Company
2000 Interstate Parkway Ste. 204
Montgomery, AL 36109

Patricia Clotfelter
Baker, Donelson, Bearman, Caldwell & Berkowitz
1600 SouthTrust Tower
420 20th Street North
Birmingham, Alabama 35203
pclotfelter@bakerdonelson.com

George R. Irvine, III
Stone, Grenade & Crosby, P.C.
7133 Stone Dr.
Daphne AL 36526
gri@sgclaw.com

Kenneth J. Riemer
166 Government Street, Suite 100
Mobile, AL 36602
kriemer@bntech.net

John N Leach, Jr.
Helmsing, Leach, Herlong
PO Box 2767
Mobile AL 36652
jnl@helmsinglaw.com

                           **/s/ Earl P. Underwood, Jr.**
                           Earl P. Underwood, Jr.