IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAWN SAUCIDA, *et al.*, ) | |
| ) | |
| Movants, ) | |
| v. ) | CASE NO. 2:06-mc-3336-WKW |
| ) | (WO) |
| TICOR TITLE INSURANCE COMPANY ) | |
| OF FLORIDA, ) | |
| ) | |
| Respondent. ) | |

## **O R D E R**

Upon consideration of the Motion to Dismiss Compel Compliance With Subpoena filed by the movants on September 18, 2006 (Doc. # 2), it is hereby

ORDERED that the motion (Doc. # 2) is GRANTED and the Motion to Compel Compliance With Subpoena (Doc. # 1) is DENIED as moot.

The Clerk of the Court is hereby DIRECTED to close this case.

DONE this 20th day of September, 2006.

                                        /s/  W.  Keith Watkins
                                   UNITED STATES DISTRICT JUDGE